IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **MICHAEL DEVANE WHITFIELD,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:15cv867-MHT |
| ) | (WO) |
| **WARDEN CARTER DAVENPORT,** ) | |
| ) | |
| Defendant. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about the conditions of confinement he experienced in segregation, including being exposed to black mold, having windows that would not close, being served undercooked or cold food, and having to shower with a hose due to a broken shower. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because plaintiff has failed to comply with court orders. There are no objections to the recommendation. After an independent

and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of May, 2016.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE